### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD WAYNE CONWAY, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. CIV-12-788-F |
| TRACY McCOLLUM, Warden | ) ) ) |
| Defendant. | ) |

### ORDER

On March 8, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, recommending that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.

Presently before the court is the objection of petitioner to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with Magistrate Judge Mitchell's analysis. The court finds petitioner's objection to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on March 8, 2013 (doc. no. 11) is **ACCEPTED, ADOPTED** and **AFFIRMED**. Petitioner, Richard Wayne Conway's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

DATED May 15, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0788p001.wpd